

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Jacob Santiago 00528971
(Name of Plaintiff)    (Inmate Number)
1301 E. 12th Street
P.O Box 9561 Wilm, De 19809
(Complete Address with zip code)

(2) N/A
(Name of Plaintiff)    (Inmate Number)

N/A
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Officer MacNamara
(2) Officer Shaub
(3) N/A
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

14 - 795
(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

✓ Jury Trial Requested

## I. PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ••Yes •(No)

C. If your answer to "B" is Yes:

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer to "B" is No, explain why not: Because it didn't have anything to do with the prison. This is for the WPD.

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Officer MacNamara (255582)
Employed as Wilmington Officer at Wilmington Police Department
Mailing address with zip code: 4th and Walnut Street Wilm De 19801

(2) Name of second defendant: Officer Shraub
Employed as Wilmington Officer at Wilmington Police Department
Mailing address with zip code: 4th and Walnut Street Wilm De 19801

(3) Name of third defendant: N/A
Employed as N/A at N/A
Mailing address with zip code: N/A

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. When I was standing in the area of 199 block of North Van Buern street when officer MacNamara and officer Shaub jumped out on me. Instinct told me to run, as I ran two or so blocks, I stopped and gave up while putting my hands in the air. 20-

2. 25 seconds later officer MacNamara tackled me to the ground and started kneeing me in my back repeatdly, while he stuffed my face in the ground and I could hardly breath. When the other officer (Shaub) came the kneeing stopped and they hit

3. me in my head a few times and told me to stop resisting. My arms were under me but that was because when officer MacNamara tackled me to the ground I tryed to stop the impact so I wouldn't go head first, to the ground. I

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I'll leave it up to the Jury for disposition.

3

Couldn't give them my hands because they both had there knee in my back while the other had it on my neck. After they stopped hitting me officer (Shaob) grabbed my left arm and placed it behind my back. Officer MacNamara said something that I couldn't comprehend and all I know is he placed his knee on my shoulder and snapped my arm. I passed out for a few seconds from the pain I guess and when I opened my eyes I started screaming telling the cops that they "broke my arm". They told me to "Shut up" and the ~~threw~~ me in the car. They than took me to Wilmington Hospital. There the doctor told me I had a fracture Humerus. The doctor told me that its hard to break the biggest bone in my arm. I got surgery Febuary 6th 2014, and got a plate and about 4 or 5 screws in my arm at Christian Hospital. I also got a tremdous scar on my arm. I was charged with carrying a concealed deadly weapon while person prohibited, Carrying a concealed deadly weapon, Resisting arrest. The gun that they found was a block and a half away from where I stopped at. Christian Hospital as well as Howard R Young has my xrays and documents of my surgery. I believe this is Police Brutality as well as Excessive Force.

Jacob Santiago

Jacob Santiago
SBI# 528971
6-18-14

2. N/A

3. N/A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18th day of June, 2014.



_____
(Signature of Plaintiff 1)

N/A
_____
(Signature of Plaintiff 2)

N/A
_____
(Signature of Plaintiff 3)

4



Clerk
U.S. District Court
Lock box 18
844 N. King Street
Wilmington, DE 19801

Isaco D Santiago
SBI #528971
P.O. Box 9561
Wilm, DE 19809