Case #: 1:14-cv-00795-RGA
Case name: Santiago v. MacNamara et al

Office Of The Clerk
United States District Court
844 N. King Street Unit 18
Wilmington, De 19801

Jacob Santiago
SBI# 528971
P.O Box 9561
Wilmington, De 19809

# Opening Brief

My opening brief is yes that I was charged with my charges but common sense will cleary see that police brutality and excessive force was used in this case. In which I gave up on my free will. Yes I was resisting arrest by running but me giving up on my free will with my hands in the air is different. It took Officer MacNamara 15 to 20 seconds to get to me. With my hands in the air does he really need to tackle me to the ground? For me not to hit my face on the ground I broke my fall by putting my hands down. Yes my hands was under me but both officers was on top of me. That's at least 300 pounds on top

of me easy. After the unneccesary kneeing to the back, and elbowing to the head, the officers try to put my hands behind my back. I told them "I can't, I can't" but all they kept saying was "stop resisting". After 10 to 20 seconds or so the officer Shaub grabbed my left arm in which I put up no fight. Officer MacNamara had his knee on my right shoulder and had my arm and snapped it up. I think he did it on purpose, but he says different. After screaming "you broke my arm, you broke my arm". Officers still placed me in handcuffs and picked me up by my handcuffs, after I lost inconsciousness only for a few seconds was I able to feel them picking me up by my handcuffs and placing me in the cop car. We went to Wilmington Hospital and the doctor told me that I broke my Humerus, in which is the biggest bone in your arm. It's rare that police break your Humerus, exspecially with their hands. I got surgery Feb 6th at Christian Hospital, in which I got a plate and 4 screws in my arm. I am asking can you take this in to consideration for my opening brief. Please and Thank you Judge Richard G. Andrews.

HRYCI MAILROOM
RECEIVED

2014 AUG 15 AM 9 05

Jacob Santiago
SBI #528971
PO Box 9561
Wilmington, De 19809

Office Of The Clerk (RGA)
United States District Court
844 N. King Street Unit 18
Wilmington, De 19801