IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JACOB SANTIAGO,                          :
                                         :
            Plaintiff,                   :
                                         :
    v.                                   :        C.A. No. 14-795 RGA
                                         :
OFFICER MACNAMARA and OFFICER            :
OFFICER SHAUB,                           :
                                         :
            Defendants.                  :


**APPENDIX TO DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR
MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT,
IN LIEU OF AN ANSWER**


**CITY OF WILMINGTON LAW DEPT.**

Daniel F. McAllister (I.D. #4887)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801-3537
(302) 576-2175
*Attorney for Defendants*

December 16, 2014

## TABLE OF CONTENTS

Use of Force Report ........................................................................................................... A-1

Defensive Tactics Report .................................................................................................. A-6

Initial Crime Report ......................................................................................................... A-10

Christiana Care Patient Demographics/Insurance Information ............................................. A-15

Superior Court Criminal Docket......................................................................................... A-16

**Use of force**      **OPS Number: UF2014-0017**   **Received: Jan 17, 2014 19:27**

Case No: 30-14-004399

Type of service being performed at time of incident: Suspicious Person

Reason for use-of-force: Resisting Arrest

Officer assessment of citizen condition: Unknown

Citizen was injured: Yes

Citizen was taken to hospital: Yes

Citizen was charged/arrested in relation to the incident: Yes    Officer was injured: No

Officer was taken to hospital: No

Distance Officer was from Involved Citizen: 1 feet to 3 feet

Involved Citizen Build: Large

Involved Citizen Height: 6'1" to 6'3"

**Involved citizen:**

**Jacob  Santiago**

Resistance(s):

fleeing
Resisting
Disobey verbal commands
pulling away

Injuries/conditions:

fracture bone

Linked address(s):
Home Address: ███████████████████████████

Linked phone(s):
Home Phone: ███████████

**Officers involved:**

**Ptlm Gaetan R MacNamara [5558]**

Officer current info:

Assignment:  Patrol E
Work assignment :
U Define 3:

Snapshot - officer information at time of incident:

Badge/ID no:
Assignment:  Patrol E
Work assignment :
U Define 3:
Rank/title: Ptlm
Age: 33   Years of employment: 4   Years with unit:
Off duty:    Off duty employed:

Use(s) Of Force:

Tackle: Effective
   **Less-lethal/CED force-related**
   Accidental discharge: No
   Device was displayed only:
   Arc display: No
   Citizen painted with laser: No
   Direct/drive stun contact:
   # of drive stuns: 0
   Injury caused:
   Location of injury:
   Projectile/probe contact:
   # air cartridges used: 0
   # cycles through probes: 0
   # dart hits: 0
   Total # darts fired: 0
   Injury caused:
   Darts penetrated subject's skin:
   Subject wearing heavy clothing:
   Location of projectile/probe contact:

Hands: Effective
   **Less-lethal/CED force-related**
   Accidental discharge: No
   Device was displayed only:
   Arc display: No
   Citizen painted with laser: No
   Direct/drive stun contact:
   # of drive stuns: 0
   Injury caused:
   Location of injury:
   Projectile/probe contact:
   # air cartridges used: 0
   # cycles through probes: 0
   # dart hits: 0
   Total # darts fired: 0
   Injury caused:
   Darts penetrated subject's skin:
   Subject wearing heavy clothing:
   Location of projectile/probe contact:

Injuries/conditions:

No injuries noted or visible


**Ptlm Andrew P Shaub [5575]**

   **Officer current info:**

   Assignment:  Patrol E
   Work assignment :
   U Define 3:

**Snapshot - officer information at time of incident:**

Badge/ID no:
Assignment:  Patrol E
Work assignment :
U Define 3:
Rank/title: Ptlm
Age: 27   Years of employment: 4   Years with unit:
Off duty:   Off duty employed:

Use(s) Of Force:

Hands: Effective
**Less-lethal/CED force-related**
Accidental discharge: No
Device was displayed only:
Arc display: No
Citizen painted with laser: No
Direct/drive stun contact:
# of drive stuns: 0
Injury caused:
Location of injury:
Projectile/probe contact:
# air cartridges used: 0
# cycles through probes: 0
# dart hits: 0
Total # darts fired: 0
Injury caused:
Darts penetrated subject's skin:
Subject wearing heavy clothing:
Location of projectile/probe contact:

Injuries/conditions:

No injuries noted or visible

**Summary:**

On Friday January 17, 2014 @ approximately 1927 hours Officers Andrew Shaub and Gaetan
MacNamara were patrolling the area the 100 block of N. Van Buren Street when they observed
the Suspect, SANTIAGO, Jacob (WM H DOB: ▮▮▮▮▮) walking north on Van Buren toward W.
2nd Street. The Suspect looked back toward the officers and then immediately changed direction
and began walking eastbound on W. 2nd Street, clutching his waistband. The Officers observed
the Suspect approach a park vehicle as if he was talking to an occupant within but observed no
one inside. As the Officers approached and attempted to stop the Suspect he immediately fled
south on N. Van Buren Street. The officers pursued the Suspect for approximately three blocks,
during which the Suspect discarded a firearm. He was ultimately caught by Officer MacNamara
and Shaub on the east side of the 100 block of N. Jackson Street. As Officers MacNamara was
attempting to take him into custody the Suspect's arms were concealed beneath his body.
Fearing the possibility of an additional firearm, Office MacNamara grabbed the Suspect's right
arm with two hands and forcibly pulled it behind his back to gain control. Once the Suspect was
secured in handcuffs he complained of pain in his arm. He was treated at Wilmington Hospital
where it was revealed that he suffered a fracture to the right arm.

**When/where:**

Date/time occurred: Jan 17 2014  19:26

Incident location:  199 Jackson Street N  Wilmington DE 19805  Precinct: 18th district
Home Address:  ███████████████████████
   County:  New Castle

**Linked files:**

   Final Investigative   (pdf)
   Original UCR   (pdf)
   Shaub Supplement   (pdf)
   Medical Paperwork   (pdf)

**Status/assignment information:**

Status: Completed  Priority: Low

Opened:  Assigned:    Due: 02/16/2014        Completed: 05/01/2014

Disposition: Review and Files

Unit assigned: Professional Standards
Handled at field/unit level: No
Investigator assign: Msgt Paul Reutter
Supervisor assign: Captain Sherri Tull
Source of information: Supervisor

**Organizational component(s):**

Assignment: Patrol E

**BlueTeam chain routings**

**Mar 19, 2014  23:50: Sent from Msgt William F Schmid [7036] to Lt Amy L Rausch [6532]**

   Instructions:

      Complete and forwarded for review and approval

   Reviewed by Lt Amy L Rausch [6532] on Apr 27, 2014 at 09:44

   Decision: Approved

   Reviewer comment:

     [Forwarded by Lt Amy Rausch]

**Apr 27, 2014  09:44: Sent from Lt Amy L Rausch [6532] to Captain William R Browne [5964]**

   Instructions:

     Capt.
     For your approval.

A-4

Reviewed by Captain William R Browne [5964] on Apr 29, 2014 at 11:45

Decision: Approved

Reviewer comment:

    for approval

**Entered via BlueTeam by: Msgt William F Schmid [7036] on Mar 19, 2014 at 23:25**

# Defensive Tactics Report #30-14-004399

**Summary:**

On Friday January 17, 2014 @ approximately 1927 hours Officers Andrew Shaub and Gaetan MacNamara were patrolling the area the 100 block of N. Van Buren Street when they observed the Suspect, SANTIAGO, Jacob (WM H DOB: ▮▮▮▮▮) walking north on Van Buren toward W. 2nd Street. The Suspect looked back toward the officers and then immediately changed direction and began walking eastbound on W. 2nd Street, clutching his waistband. The Officers observed the Suspect approach a park vehicle as if he was talking to an occupant within but observed no one inside. As the Officers approached and attempted to stop the Suspect he immediately fled south on N. Van Buren Street. The officers pursued the Suspect for approximately three blocks, during which the Suspect discarded a firearm. He was ultimately caught by Officer MacNamara and Shaub on the east side of the 100 block of N. Jackson Street. As Officers MacNamara was attempting to take him into custody the Suspect's arms were concealed beneath his body. Fearing the possibility of an additional firearm, Office MacNamara grabbed the Suspect's right arm with two hands and forcibly pulled it behind his back to gain control. Once the Suspect was secured in handcuffs he complained of pain in his arm. He was treated at Wilmington Hospital where it was revealed that he suffered a fracture to the right arm.

**Witness Interviews:**

No witnesses were located as the location of arrest is on the east side of the street in a semi-concealed grassy area adjacent to an on-ramp for Interstate 95. The lighting is poor and I received no response from the limited amount of residences with potential views of the location.

**PC) COX, Christopher M.D. 1401 N. Jefferson Street Wilmington, DE**

On the date of the incident at approximately 2040 hours I spoke with Dr. Cox in the Wilmington Hospital. He confirmed that his preliminary evaluation of the Suspect and X-rays revealed a fracture of the right Humerus bone. Dr. Cox also advised that it is reasonable to conclude the injury occurred as a result of the Suspect resisting the officer's attempt to pull his arm behind his back.

Dr. Cox advised that the Suspect would be admitted until a specialist could evaluate him and review the preliminary findings.

**Officers(s) Interviews:**

**Officer Gaetan MacNamara**

On Friday January 17, 2014 @ approximately 2000 hours I spoke with Officer MacNamara at the Wilmington Hospital. He advised that he and Officer Andrew Shaub were patrolling the area

the 100 block of N. Van Buren Street when they observed the Suspect, SANTIAGO, Jacob (WM H DOB: ▮▮▮▮) walking north on Van Buren toward W. 2nd Street. He further advised that both officers are familiar with SANTIAGO on sight. The Suspect looked back toward the officers and then immediately changed direction and began walking eastbound on W. 2nd Street, clutching his waistband. The Officers observed the Suspect approach a park vehicle as if he was talking to an occupant within but observed no one inside. As the Officers approached and attempted to stop the Suspect he immediately fled south on N. Van Buren Street. The officers pursued the Suspect for approximately three blocks, during which the Suspect discarded a firearm. He was ultimately caught by Officer MacNamara and Shaub on the east side of the 100 block of N. Jackson Street. Officers MacNamara advised that as he was attempting to take him into custody the Suspect's arms were concealed beneath his body. Fearing the possibility of an additional firearm, Officer MacNamara grabbed the Suspect's right arm with two hands and forcibly pulled it behind his back to gain control. Once the Suspect was secured in handcuffs he complained of pain in his arm. The officers then transported the Suspect to the Wilmington ER for evaluation and treatment. (For further details see Officer MacNamara's Uniform Crime Report)

**Officer Andrew Shaub**

On Friday January 17, 2014 @ approximately 2025 hours I spoke with Officer Shaub at the Wilmington Hospital. He provided the same details that Officer MacNamara did leading up to the foot chase. He advised that as MacNamara began chasing the Suspect, he maneuvered their marked patrol vehicle in the same direction. Officer Shaub advised that he observed Officer MacNamara tackle the Suspect in the 100 block of N. Jackson Street. He advised that he stopped the vehicle, exited and ran to assist. Officer Shaub advised that Officer MacNamara was struggling with the Suspect on the ground as he tried to take him into custody. He advised that MacNamara gave several clear, verbal commands for the Suspect to comply but he refused. Officer Shaub advised that he pulled the Suspect's left arm behind his back and placed a handcuff on it as Officer MacNamara pulled his right arm back, where it was secured in the other cuff. He advised that the Suspect was then placed in their patrol vehicle. Officer Shaub advised that he asked if the Suspect was injured and he responded that the thought his arm may be broken. Officer Shaub advised that they then transported the Suspect to the Wilmington and notified me, requesting my response to the same location. (For further details see Officer Shaub's Supplemental Report)

**Suspect Interview:**

**SANTIAGO, Jacob (WM H DOB: ▮▮▮▮) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮**

On the date of the incident I spoke with the Suspect at the Wilmington ER. He stated that he did run from the officers as they approached. SANTIAGO advised that he is on probation and did not want to go back to jail. He advised that he ran approximately three blocks. SANTIAGO advised that he heard one of the officers yell for him to stop but he continued because he did not want to violate his probation. SANTIAGO then advised that he gave up but was tackled by Officer MacNamara. He further advised that he gave up because the officers cornered him on grassy area on the east side of the 100 block of N. Jackson Street. He denied that he discarded a

firearm and that he concealed his hands under his body. SANTIAGO stated that Officer MacNamara bent his arm behind his back and handcuffed him. He further advised that moments later it began to hurt. The Suspect had no further information of value to offer this investigation.

**Investigative Actions:**

**Friday January 17, 2014**

On this date at approximately 1935 hours I responded to the Wilmington Hospital at the request of Officer MacNamara and Officer Shaub. Upon my arrival I spoke with Officer MacNamara about the incident. (For details see the Officer(s) Interview Section)

I then spoke with the Suspect SANTIAGO, Jacob. (For details see the Suspect(s) Interview Section)

I then spoke with Officer Shaub. (For details see the Officer Interview Section)

I then contacted and spoke with Dr. Cristopher Cox, the treating physician in the ER at Wilmington Hospital. (For details see Witness Interview Section)

I then responded to the 100 block of N. Jackson Street in an attempt to locate potential witnesses to the incident. This attempt met with negative results as the location of arrest is on the east side of the street in a semi-concealed grassy area adjacent to an on-ramp for Interstate 95. The lighting is poor and I received no response from the limited amount of residences with potential views of the location.

Prior to the end of shift I received a copy of the original report as well as the medical papers for the Suspect.

**Wednesday January 8, 2014**

On this date I met with SCOTT at 700 W. 4th Street and obtained the video footage on a Compact Disc.

**Tuesday January 31st, 2014**

As of this date I have been unable to view the video footage after trying it on several different computers. I will maintain the disc with my original file and contact Universal Atlantic Systems for further assistance.

**Conclusion:**

Upon reviewing the circumstances surrounding this incident, this Writer feels Officer Shaub's and Officer MacNamara's actions fell well within the guidelines set down by the Department governing the Use of Force. Specifically; Directive 6.7 Section IV: Continuum permits an officer to use hands-on control to effectively arrest a combative or resistant subject.

The officers had probable cause to stop the Suspect based on the suspicious behavior he displayed. The officers have made numerous arrests of subjects illegally possessing firearms and are familiar with the characteristics an armed gunman displays. As they approached and Officer MacNamara attempted to exit his vehicle the Suspect immediately fled on foot. He ignored MacNamara's verbal commands to stop. The Suspect was observed holding and discarding a firearm. Upon being caught the Suspect continued to resist by struggling with the officer and concealing his arms beneath his body. It took both officers to physically gain control of the Suspect's arms and handcuff him.

The treating ER Doctor confirmed that the injury was consistent with the Suspect resisting the officers attempt to place his arm behind his back.

Closed / Proper Conduct

Master Sergeant William Schmid #7036
Uniformed Services Division "E" Platoon
January 31, 2014

| Page: 1 | Report Date: 01/17/2014 | Agency: WILMINGTON PD | | Complaint: 30-14-004399 |
|---|---|---|---|---|

| Reported Date and Time FRI 01/17/2014 1927 | Initial Crime Report | Occurred: FRI 01/17/2014 1926 |
|---|---|---|

Location:
299 N Van Buren ST   WILMINGTON, DE 19805

M.O. and Incident Overview:
Defendant was observed engaged in suspicous activity approached for same and fled from
officers was observed attempting to discard a firearm.

| Grid 220-201 | Sector 17 | County New Castle | Domestic Related ☐Yes ☒No | Gen Broadcast Sent? ☐Yes ☒No | Gang Related? ☐Yes ☒No | Gun Related? ☒Yes ☐No |
|---|---|---|---|---|---|---|

## Victim Information

| Victim Number 001 | Name |
|---|---|

| Type Society/Public | Sex | Race | | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|---|

| Address | | Resident Status | Home Telephone | Cell Phone |
|---|---|---|---|---|

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments |
|---|---|---|---|

| Injuries | Description of Injuries |
|---|---|

## Suspect/Defendant Information

| Sequence 001 | Type Defendant | SBI Number |
|---|---|---|

| Name SANTIAGO, JACOB J | | | | | | | | Nick Name |
|---|---|---|---|---|---|---|---|---|

| Sex Male | Race White | Ethnic Origin Not Hispanic/Latino | Age 20 | D.O.B. | Height 6' 01" | Weight 190 | Skin Tone Light Brown | Eye Color Brown |
|---|---|---|---|---|---|---|---|---|

| Hair Color Black | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|

| Disguise | Disguise Color(s) | Resident Status Full Time | Unusual Characteristics | Armed With Handgun |
|---|---|---|---|---|

| Address WILMINGTON, DE 19805 | Home Telephone | Cell Phone |
|---|---|---|

| Arrest Number 14000198 | Arrest Type On View | Suspect's Clothing Description |
|---|---|---|

| Employer/School CENTRAL COMMUNITY | Work Telephone |
|---|---|

## Crimes and Associated Information

| Victim Number 001 | Crime Seq 001 | Statute DE:11:1442:0000:F:D | Crime Description Carrying a Concealed Deadly Weapon a firearm |
|---|---|---|---|

| Location Of Offense Hwy/Rdwy/Alley/Street/Sidewalk | Status Adult Arrest 01/17/2014 | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 5202 - Carrying a Concealed Deadly Weapon/Deadly Instrument/CCDW/CCDI |
|---|---|

| Criminal Activity Possessing/Concealing | Weapon/Force Used Handgun |
|---|---|

| M.O. Information | MO Class Suspect's General Actions | MO Description Wore Gloves |
|---|---|---|

| Victim Number 001 | Crime Seq 002 | Statute DE:11:1448:00a1:F:F | Crime Description Poss Purch Own or Control of a Deadly Weapon by a Person Prohibited Prior Violent Crime Felony |
|---|---|---|---|

| Location Of Offense Hwy/Rdwy/Alley/Street/Sidewalk | Status Adult Arrest 01/17/2014 | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 5299 - Weapon Offense/Free Text |
|---|---|

| Criminal Activity Possessing/Concealing | Weapon/Force Used Handgun |
|---|---|

| Victim Number 001 | Crime Seq 003 | Statute DE:11:1257:000b:M:A | Crime Description Resisting Arrest |
|---|---|---|---|

| Location Of Offense Hwy/Rdwy/Alley/Street/Sidewalk | Status Adult Arrest 01/17/2014 | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 4801 - Resisting Arrest |
|---|---|

## Victim - Suspect/Defendant Relationships

A-10

| Reporting Officer PTLM MACNAMARA - 25558 2 | Supervisor Approval William F Schmid  OJWIWFS  Date 01/18/2014 2226 |
|---|---|

| Page: 2 | Report Date: 01/17/2014 | Agency: WILMINGTON PD | Complaint: 30-14-004399 |
|---|---|---|---|

### Victim - Suspect/Defendant Relationships (Cont'd)

Victim - 001
Society/Public

Suspect/Defendant - 001
SANTIAGO, JACOB J

Victim Offender Relationship
Victimless Crime

### Investigative Narrative

On the 17 January 2013 at approximately 1926 hours 171 Edward (MacNamara and Shaub) were on proactive patrol in the 199 block of North Van Buren Street, Wilmington, Delaware 19805. These officers have a combined eleven years law enforcement experience, were operating a fully marked patrol vehicle, in full uniform and acting in their official capacity as sworn police officers.

The above stated area is a high drug and high violent crime area where these officers have made numerous arrests for same. These officers observed an unknown white Hispanic male walking westbound on West 2nd Street crossing North Van Buren Street. The subject was subsequently positively identified as Santiago, Jacob WMH, DOB ▇▇▇▇▇. Santiago was observed walking towards the Luck Spot convenience store located on the north west corner of the intersection of West 2nd Street and North Van Buren Street. Santiago looked south bound towards the location of this unit.

Santiago then immediately turned eastbound and walked away from the location of the convenience store. It should be noted that Santiago was observed grabbing his waist band area with his right hand and securing an unknown object in his waist band area. Said physical mannerism are consistent with characteristics of a armed subject through these officers training and experience. Santiago was then observed standing in the 199 block of North Van Buren Street on the east side of the street. Santiago was observed speaking loudly while pressing his waist band area up against a parked red Acura Integra. It should be noted these officers observed no occupants inside the vehicle.

This officer then attempted to exit the police vehicle in an attempt to make contact with Santiago due to the aforementioned suspicious activity. Prior to exiting the patrol vehicle or giving Santiago and verbal commands, Santiago immediately began to flee south bound on North Van Buren Street on the east side of the block.

This officer immediately exited the passenger position of the patrol vehicle in order to make contact with Santiago. While in the 199 block of North Van Buren Street, Santiago was observed grabbing his waist band area with his right hand. This officer believed that Santiago was attempting to access a weapon and gave Santiago several loud clear verbal commands to "stop, police". Santiago failed to comply and continued to flee. Santiago was observed running east bound onto the 1099 block of Pleasant Street on the north side of the street.

A-11

| Reporting Officer PTLM MACNAMARA  - 25558 2 | Supervisor Approval William F Schmid  OJWIWFS  Date 01/18/2014 2226 |
|---|---|

| Page: 3 | Report Date: 01/17/2014 | Agency: WILMINGTON PD | Complaint: 30-14-004399 |
|---|---|---|---|

Investigative Narrative - Continued

Santiago was then observed tossing a black in color revolver underneath a parked  green in color Ford Expedition on the north side of the block.  It should be noted that Officer Shaub was also in pursuit of Santiago at this time for further see supplement.

Santiago then turned north bound onto Jackson Street.  This officer was able to force Santiago to ground in the 199 block of North Jackson Street on the east side of the street.  Santiago was on the ground with both his left and right hands concealed beneath his body.  This officer in fear that Santiago was attempting to access a weapon, grabbed Santiago's right arm with a two on grip in an attempt to place Santiago in restraints.

Santiago was actively resisting this officers attempts to secure his arms and this officer had to struggle to place Santiago's right arm behind his back.  It should be noted Officer Shaub was attempting to place Santiago's left arm behind his back.  Santago was then placed into custody without incident.  These officers then requested assisting units respond to the area where Santiago was observed discarding the firearm.

Assisting unit 182 Edward (Watson) located a black in color revolver underneath a green in color Ford Expedition bearing Delaware registration ████████ parked in the 1099 block of Pleasant Street on the north side of the street.  EDU responded to the scene to collect the firearm.  For additional information see supplements.  The firearm was determined to be a .22 caliber black in color revolver with a wooden handle bearing serial number 262-46.  The firearm was loaded with 4 live rounds of .22 caliber ammunition.  A check through the Wilcom Data Center revealed that said firearm was reported stolen out of Texas.

Santiago complained of right arm pain and was transported to Wilmington Hospital for treatment.  Edward 2 (Sergeant Schmid) was notified of the incident. Santiago was treated for a fracture of the right humerus by Dr. Cox.  Santiago was arraigned by Court 20 at Wilmington Hospital and custody was turned over to the Department of Corrections.

A-12

Santiago was read Miranda at approximately 2103 hours and refused to speak about the incident. It should also be noted that Santiago was observed in possession of a black in color face

| Page: 4 | Report Date: 01/17/2014 | Agency: WILMINGTON PD | Complaint: 30-14-004399 |
| --- | --- | --- | --- |

## Investigative Narrative - Continued

mask and a black in color pair of gloves.  CID was notified of the arrest and aforementioned gloves and face mask.

A Leiss criminal history search of Santiago revealed that he has a prior conviction in New Castle County Superior Court, State of Delaware for Possession with Intent to Deliver a Controlled Substance, on 6/6/2012 under DUC #1112008352.  Said conviction prohibits Santiago from possessing a firearm.

Warrants were requested for Santiago on the above listed charges.  Your affiant is a sworn member of the Wilmington Police Department.

A-13

| Reporting Officer: PTLM MACNAMARA   - 25558 2 | | Supervisor Approval: William F Schmid  OJWIWFS Date 01/18/2014 2226 | |
| --- | --- | --- | --- |
| Detective Notified | | Referred To | |
| Solvability Factors | Witness, Suspect Located | M. O., Suspect Described | Trace Stolen Property, Suspect Identified | Suspect Named, Suspect Vehicle Identified | Status Office |

| Page: 1 | Report Date: 01/19/2014 | Agency WILMINGTON PD | | Complaint: 30-14-004399 |
|---|---|---|---|---|

### Supplemental Report

| Original Occurrence Dates and Times: FRI 01/17/2014 1926 | Grid 220-20I | Sector 17 |
|---|---|---|

Original Location:
299 N N Van Buren ST  WILMINGTON, DE 19805

### Original Victim Information

| Victim Number 001 | Name | | | |
|---|---|---|---|---|
| Type Society/Public | Sex | Race | Ethnic Origin | Age | D.O.B. |
| Address | | Resident Status | Home Telephone | Cell Phone |

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments |
|---|---|---|---|

### Original Suspect/Defendant Information

| Sequence 001 | Type Defendant | SBI Number | | |
|---|---|---|---|---|
| Name SANTIAGO, JACOB J | | | | Nick Name |

| Sex Male | Race White | Ethnic Origin Not Hispanic/Latino | Age 20 | D.O.B. | Height 6' 01" | Weight 190 | Skin Tone Light Brown | Eye Color Brown |
|---|---|---|---|---|---|---|---|---|
| Hair Color Black | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
| Disguise | Disguise Color(s) | Resident Status Full Time | Unusual Characteristics | Armed With Handgun |
| Address | | Home Telephone | Cell Phone | |

| Arrest Number 14000198 | Arrest Type On View | Suspect's Clothing Description |
|---|---|---|
| Employer/School CENTRAL COMMUNITY | | Work Telephone |

### Original Crime and Associated Information

| Victim Number 001 | Crime Seq 001 | Statute DE:11:1442:0000:F:D | Crime Description Carrying a Concealed Deadly Weapon a firearm |
|---|---|---|---|
| Location Of Offense Hwy/Rdwy/Alley/Street/Sidewalk | Status Adult Arrest 01/17/2014 | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias ☐Yes ☒No - NA | Crime Code 5202 - Carrying a Concealed Deadly Weapon/Deadly Instrument/CCDW/CCDI | |
| Criminal Activity Possessing/Concealing | Weapon/Force Used Handgun | |

### Investigative Narrative

On 17 January 2014 at approximately 1930hrs. 171E (Shaub/MacNamara) conducted a pedestrian stop in the 299 block of N. Vanburen Street. The Defendant fled from officers ending in the 199 block of N. Jackson on the eastside of the street. This officer was pursuing the defendant in this units patrol vehicle and Officer MacNamara was on foot. This officer observed officer MacNamara tackle the suspect in the grass area. This officer exited the patrol vehicle and responded to assist MacNamara. Officer MacNamara was struggling with the defendant to gain control of the defendant's arms. Officer MacNamara was giving the defendant loud verbal commands to stop resisting and place his hands behind his back. Officer MacNamara was attempting to gain control of the defendants right hand and place it behind the defendants back. This officer assisted by placing the defendant's left hand behind his back and placing handcuffs on the defendant. After the defendant was successfully taken into custody he was placed in the rear of the patrol vehicle. This officer asked if the defendant was injured and he responded that he felt as though his arm was broken. Officers then transported him to the Wilmington hospital.

A-14

| Reporting Officer PTLM SHAUB - 455752 001 | | Supervisor Approval William F Schmid OJWIWFS Date 01/19/2014 2012 | |
|---|---|---|---|
| Solvability Factors | ☐Witness ☐Suspect Located | ☐M. O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Described | Status Closed |

 **CHRISTIANA CARE** HEALTH SERVICES

**Patient Demographics / Insurance Information**


AFAC

| ENCOUNTER PROVIDER | ENCOUNTER LOCATION | MRN | FIN / ECD NUMBER | ISOLATION INDICATOR |
|---|---|---|---|---|
| **CCHS Hospital Inpatient and Observation** | **WLMHOSP** | 900664038 | 2900844721 | |

| PATIENT NAME (LAST SUFFIX, PREFIX FIRST MIDDLE) | | | ER ARRIVAL DATE/TIME |
|---|---|---|---|
| **SANTIAGO, JACOB J** | | | 01/17/2014   20:01 |

| ALTERNATE NAME | MOTHER'S MRN | SSN | ADMISSION DATE/TIME |
|---|---|---|---|
| **SANTIAGO, BB MARIBEL** | | | 01/17/2014   23:52 |

| BIRTHDATE | AGE (est. if no DOB) | SEX | RACE | ETHNICITY | DISCHARGE DATE/TIME |
|---|---|---|---|---|---|
| | 20Y | M | White | Non-Hispanic/Latino | : |

| ADMIT SOURCE | ADMIT TYPE | MODE OF ARRIVAL | DISCHARGE DISPOSITION |
|---|---|---|---|
| Emergency Room | Emergency | Police | |

| MAILING ADDRESS | | MARITAL STATUS Single |
|---|---|---|
| CITY / STATE / ZIP | | RELIGION Ukranian Orthodox |
| HOME PHONE | CELL PHONE | PREFERRED LANGUAGE English |

| EMPLOYER | STUDENT | EMPLOYMENT STATUS |
|---|---|---|
| EMPLOYER ADDRESS | | EMPLOYER PHONE |
| CITY / STATE / ZIP | | |

| EMERGENCY CONTACT JACKSON, EDWARD | | PREFERRED PHONE |
|---|---|---|
| ADDRESS | | |
| CITY / STATE / ZIP | | RELATIONSHIP Other |

| EMERGENCY CONTACT | | PREFERRED PHONE |
|---|---|---|
| ADDRESS | | |
| CITY / STATE / ZIP | | RELATIONSHIP |

| ATTENDING PHYSICIAN | ID NUMBER | MEDICAL SERVICE | PRIMARY SURGEON | ID NUMBER |
|---|---|---|---|---|
| **HOSPITALISTS COMPANY INC IPC** | 50961 | MEXX | | |
| PRIMARY CARE PHYSICIAN | ID NUMBER | ADMITTING PHYSICIAN | | ID NUMBER |
| **JOHN R TIFFANY** | 05550 | **HOSPITALISTS COMPANY INC IPC** | | 50961 |

| GUARANTOR | SANTIAGO, JACOB | GUAR HOME PHONE |
|---|---|---|
| GUAR ADDRESS | | GUAR WORK PHONE |
| CITY / STATE / ZIP | DE   19805 | PATIENT RELATION TO GUAR Self |
| GUAR EMPLOYER | STUDENT | GUAR SSN |
| GUAR EMPLOYER ADDRESS | | GUAR EMPLOYMENT STATUS |
| CITY / STATE / ZIP | | GUAR EMPLOYER PHONE |

| INSURANCE 1 | POLICY # |
|---|---|
| SUBSCRIBER | GROUP # |
| PAYOR | AUTHORIZATION # |
| PLAN | PATIENT RELATION TO SUBS |
| INS CO ADDRESS | |
| CITY / STATE / ZIP | SUBSCRIBER SSN |
| INS CO PHONE | SUBSCRIBER DOB |

| INSURANCE 2 | POLICY # |
|---|---|
| SUBSCRIBER | GROUP # |
| PAYOR | AUTHORIZATION # |
| PLAN | PATIENT RELATION TO SUBS |
| INS CO ADDRESS | |
| CITY / STATE / ZIP | SUBSCRIBER SSN |
| INS CO PHONE | SUBSCRIBER DOB |

| INSURANCE 3 | POLICY # |
|---|---|
| SUBSCRIBER | GROUP # |
| PAYOR | AUTHORIZATION # |
| PLAN | PATIENT RELATION TO SUBS |
| INS CO ADDRESS | |
| CITY / STATE / ZIP | SUBSCRIBER SSN |
| INS CO PHONE | SUBSCRIBER DOB |

A-15

| REASON FOR ENCOUNTER | PROCEDURE 1 |
|---|---|
| **RIGHT HUMERUS FRACTURE** | |
| CONFIDENTIALITY | PROCEDURE 2 |
| **Confidential- Do Not Report & Con** | |

PRINT DATE AND TIME   01/18/2014   01:20 AM

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    1
                        ( as of  11/24/2014 )

State of Delaware v.  JACOB J SANTIAGO                  DOB:
State's Atty: BRIAN J ROBERTSON , Esq.        AKA: JACOB SANTIAGO
Defense Atty: T. ANDREW ROSEN , Esq.               JACOB SANTIAGO
```



```
Assigned Judge:

Charges:
Count    DUC#         Crim.Action#     Description      Dispo.    Dispo. Date
-------------------------------------------------------------------------------
 001    1401010632    IN14011374       CCDW             GLTY      08/13/2014
 002    1401010632    IN14011375       PDWBPP FELONY    GLTY      08/13/2014
 003    1401010632    IN14011376       RESIST ARREST    GLTY      08/13/2014

  .   Event Date      Docket Add Date                   Judge
        Event
-------------------------------------------------------------------------------
1    01/28/2014       01/28/2014
     CASE ACCEPTED IN SUPERIOR COURT.
     ARREST DATE: 01/17/2014
     PRELIMINARY HEARING DATE:
     BAIL:  CASH BAIL                              25,000.00
     BAIL CONDITIONS: NONE FOR THIS CASE
     02/26/2014       02/26/2014                  PARKINS JOHN A. JR.
     FAST TRACK CALENDAR, CONTINUED.
     DEFENSE REQUEST-ATTY. UNAVAILABLE.(REASON)
     03/19/2014 AT 9:30 AM
2    03/17/2014       03/18/2014
     INDICTMENT, TRUE BILL FILED.NO 18
     SCHEDULED FOR FASTRACK 03/19/14
3    03/19/2014       03/19/2014              SILVERMAN FRED S.
     FAST TRACK CALENDAR/CASE REVIEW:  SET FOR FAST TRACK FINAL CASE REVIEW
     REJECTED PLEA
     04/09/2014 AT 1:30 PM
4    03/19/2014       03/21/2014
     NOTICE OF SERVICE & ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY.
     BY ANDREW ROSEN, ESQ.
5    04/03/2014       04/14/2014
     LETTER FROM: BRIAN ROBERTSON, DAG, TO: ANDREW ROSEN, ESQ, DATED 4/3/14
     RE: PLEASE FIND ENCLOSED COPIES OF THE FOLLOWING ITEMS CONCERNING THE
     ABOVE CAPTIONED DEFENDANT:
     1. A CDR CONTAINING WILMINGTON POLICE DEPARTMENT EDU PHOTOS.
     04/09/2014       04/09/2014                  STREETT DIANE CLARKE
     FAST TRACK CALENDAR/SET FOR TRIAL
6    04/15/2014       04/15/2014
     SCHEDULING ORDER ISSUED
     THE FOLLOWING COURT DATES ARE ESTABLISHED:
     (A) FINAL CASE REVIEW 07/14/2014
```

SUPERIOR COURT CRIMINAL DOCKET                    Page    2
( as of   11/24/2014 )

State of Delaware v.  JACOB J SANTIAGO                    DOB: ▮▮▮▮▮▮
State's Atty: BRIAN J ROBERTSON , Esq.     AKA: JACOB SANTIAGO
Defense Atty: T. ANDREW ROSEN , Esq.            JACOB SANTIAGO

No.    Event Date      Docket Add Date                 Judge
       Event
--------------------------------------------------------------------------
       (B) TRIAL 07/22/2014
7    05/05/2014        05/05/2014              ROCANELLI ANDREA L
       CASE REVIEW & ARRAIGNMENT CALENDAR: SET FOR FINAL CASE REVIEW.
       DATE: 07/14/14
       10 C. FILED BY A. ROSEN.
8    06/27/2014        06/27/2014
       SUBPOENA(S) ISSUED. (5)
9    07/14/2014        07/14/2014              COOCH RICHARD R.
       FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL: 07/22/14.
       REJECTED PLEA FILED.
     07/22/2014        07/22/2014              SCOTT CALVIN L. JR.
       TRIAL CALENDAR-CONTINUED.
       DEFENSE ATTY. IN TRIAL.
       NEW TRIAL DATE: 08/12/14 @ 9:00 AM.
10   07/22/2014        07/22/2014
       SCHEDULING ORDER ISSUED
       THE FOLLOWING COURT DATE IS ESTABLISHED:
       (A) TRIAL 08/12/2014
11   08/04/2014        08/04/2014
       SUBPOENA(S) MAILED FOR JURY TRIAL ON 08/12/14 @ 8:45 AM.
15   08/11/2014        08/14/2014
       SUBPOENA(S) RETURNED.
       NON EST. NOT DELIVERABLE AS ADDRESSED.
     08/12/2014        08/12/2014              COOCH RICHARD R.
       TRIAL CALENDAR- WENT TO TRIAL JURY
     08/12/2014        08/12/2014              COOCH RICHARD R.
       JURY SELECTED AND SWORN ON 08/12/14.
12   08/12/2014        08/12/2014              SILVERMAN FRED S.
       STIPULATION FILED.
       THE PARTIES AGREE BY STIPULATION THAT ON OR ABOUT THE 17TH DAY OF
       JANUARY, 2014, THE DEFENDANT, JACOB SANTIAGO, WAS A PERSON PROHIBITED
       BY LAW FROM POSSESSING A DEADLY WEAPON. THE STATE IS NOT REQUIRED TO
       PRESENT ADDITIONAL EVIDENCE TO ESTABLISH THIS ELEMENT OF THE OFFENSE
       OF POSSESSION OF A DEADLY WEAPON BY A PERSON-PROHIBITED.
13   08/13/2014        08/13/2014              COOCH RICHARD R.
       CHARGE TO THE JURY FILED.
14   08/13/2014        08/13/2014              COOCH RICHARD R.
       JURY TRIAL HELD BEFORE JUDGE COOCH ON 08/12 AND 08/13 (2 DAYS).
       JURY SELECTED AND SWORN ON 08/12/14.
       DEFT FOUND GUILTY OF ALL CTS. PDWBPP (1375), CCDW (1374) AND RESISTING
       ARREST (1376).
       8/12-STIPULATION THAT DEFT IS A PERSON PROHIBITED.

SUPERIOR COURT CRIMINAL DOCKET                    Page     3
( as of  11/24/2014 )

State of Delaware v.  JACOB J SANTIAGO                          DOB:
State's Atty: BRIAN J ROBERTSON , Esq.      AKA: JACOB SANTIAGO
Defense Atty: T. ANDREW ROSEN , Esq.             JACOB SANTIAGO

No.   Event Date       Docket Add Date                      Judge
      Event
-----------------------------------------------------------------------
      8/12-DEFT MOTION IN LIMINE TO EXCLUDE NIGHT-TIME PHOTOS; COURT DENIED.
      EXHIBITS STORED IN THE VAULT. DEFENDANT SENTENCED.
      DAG-ROBERTSON
      DEF-ROSEN
      CR-ARCHER   CC-IANNELLI
16    08/13/2014       08/21/2014                 COOCH RICHARD R.
      SENTENCE: ASOP ORDER SIGNED AND FILED ON 08/18/14.

              *** END OF DOCKET LISTING AS OF  11/24/2014 ***
              PRINTED BY: CSCKHEN

A-18

**Other Documents**

1:14-cv-00795-RGA Santiago v.
MacNamara et al

PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by McAllister, Daniel on 12/16/2014 at 4:23 PM EST and filed on 12/16/2014
| | |
|---|---|
| **Case Name:** | Santiago v. MacNamara et al |
| **Case Number:** | 1:14-cv-00795-RGA |
| **Filer:** | MacNamara |
| | Shaub |
| **Document Number:** | 16 |

**Docket Text:**
**APPENDIX re [15] Opening Brief in Support *of Their Motion to Dismiss* by MacNamara, Shaub.
McAllister, Daniel)**

**1:14-cv-00795-RGA Notice has been electronically mailed to:**

Daniel Foster McAllister    dmcallister@ci.wilmington.de.us, dkellam@ci.wilmington.de.us

**1:14-cv-00795-RGA Filer will deliver document by other means to:**

Jacob Santiago
SBI# 00528971
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
STAMP dcecfStamp_ID=1079733196 [Date=12/16/2014] [FileNumber=2402390-
] [cdd231cbc7773ed14e1ae28497c3311c029603cc3154fdd81a3f82b6c6d79f91b7
3c0937be8699e3f007b73ceb0286059b047a64c0ab8bc60b9e180bf936d34]]