IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Jacob Santiago,

PLAINTIFF,

C.A. No. 14-795-RGA

V.

OFFICER MACNAMARA,
OFFICER SHAUB,

DEFENDANTS.



FILED
SEP 24 2015
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Fed. R. Civ. P., plaintiff requests the defendants to make the following admissions within 30 days after the service of this request.

1. The plaintiff was arrested on January 14th 2014.

2. The plaintiff was tooken to Wilmington Hospital.

3. The plaintiff was examined by Dr. Christopher Cox. In which Dr.

Stated that the plaintiff had a fracture Humerus.

4. The Plaintiff arm was placed in a soft cast.

5. The plaintiff went and got surgery on Feb 6th 2014.

6. Dr. Cox directed that the plaintiff recieve physical therapy.

7. The plaintiff recieved physical therapy Feb 17th.

8. The plaintiff put numerous sick call sheets in because of the pain.

9. The plaintiff seen another doctor 3 times after the surgery.

10. The plaintiff now has permanet damage and can not lift over 20 pounds.

DATE:
NAME: