# IN THE UNITED STATES DISTRIC Court For The District Of Delaware

Jacob Santiago,
    Plaintiff,

v.

Officer Macnamara, et al.,
    Defendants.

Civil Action No. 14-795-RGA



## PLAINTIFF's REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34, Fed. R. Civ. P., the plaintiff requests that the defendants produce the documents listed herein within 30 days, either by providing the plaintiff with copies or by making them available to the plaintiff for inspection and copying.

1. Any and all medical records pretaining to this case dated back until January 17th 2014.

2. Any and all statements made by Dr. Cox on the day of January 14th 2014.

3. Any and all video footage that Master

Sergeant William Schmid #7036, has on file of this incident.

4. Any and all documents stating I pleaded guilty to any charges that the defendants say I did.

5. Any and all police policy or procedure on apprehending a suspect.

6. Any and all documents or complaints filed on Officer MacNamara, Officer Shaub, and the Wilmington Police Department within the last 5 years.

7. Any and all documents on qualified immunity for the officers.

September 13th 2015

Jacob Santiago
SBI #528971
P.O Box 9561
Wilmington, De 19809

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jacob Santiago,

    Plaintiff,

V.

Officer MacNamara and
Officer Shaub,

    Defendants,

C.A. No. 14-795-RGA

<u>Plaintiff's Interrogatories And Request
For Production of Documents</u>

Pursuant to Rule 33 and 34, Fed. R. Civ. P., the plaintiff submits the following interrogatories and requests for documents to the defendants. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection and copying, within 30 days of service.

1. State the duties of defendant Officer MacNamara, Police Officer, at Wilmington Police Department. If those duties are set forth in any jobs description or other document produce the document.

2. State the duties of defendant Officer Shaub, Police Officer, for the Wilmington Police Department. If those duties are set forth in any job description or other documents ~~for inspection~~ produce the documents.

3.



Jacob Santiago
SBI #528971
P.O. Box 9561
Wilmington, De 19809

Office Of The Clerk
United States District Court
844 N. King Street Unit 18 (RGA)
Wilmington, De 19801

LEGAL MAIL ONLY

U.S.M.S. X-RAY

RECEIVED 2015 SEP 22 A 9:37

THIS LETTER WAS SENT BY AN INMATE WHO IS IN A STATE PRISON. THE [illegible] IS NOT RESPONSIBLE FOR [illegible] OR THE CONTENTS OF THE LETTER.