IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jacob Santiago,

    Plaintiff,

v.

Officer MacNamara and
Officer Shawb,

    Defendants,

C.A. No. 14-795-RGA



FILED
SEP 24 2015
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Plaintiff's Interrogatories And Request For Production of Documents

Pursuant to Rule 33 and 34, Fed. R. Civ. P., the plaintiff submits the following interrogatories and requests for documents to the defendants. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection and copying, within 30 days of service.

1. State the duties of defendant Officer MacNamara, Police Officer, at Wilmington Police Department. If those duties are set forth in any jobs description or other document produce the document.

2. State the duties of defendant Officer Shaub, Police Officer, for the Wilmington Police Department. If those duties are set forth in any job description or other documents ~~for inspection~~ produce the documents.

3.

