IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACOB SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civ. Action No.  14-795-RGA | |
| | ) | |
| OFFICER MACNAMARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER RECOGNIZING REPRESENTATION**

Pursuant to Federal Civil Panel guidelines incorporated herein, the Court recognizes that John W. Shaw, Esquire and Andrew Russell, Esquire have agreed to represent the plaintiff, Jacob Santiago, as Counsel of Record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

The STAY is lifted.

DATE: _May 25, 2016_

_____
United States District Judge